# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 22, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152997(21) & 153001

BRIAN KOZLOFF, Personal Representative of
the Estate of DELLA A. KOZLOFF, Deceased,
              Plaintiff-Appellee,

v

JAMES A. GUILIANI, D.O., and
CRAIG L. MAGNATTA, D.O.,
              Defendants,
and

PONTIAC OSTEOPATHIC HOSPITAL, d/b/a
POH MEDICAL CENTER-OXFORD,
              Defendant-Appellant.

SC: 152997
COA: 327452
Oakland CC: 2013-131690-NH

_____/

BRIAN KOZLOFF, Personal Representative of
the Estate of DELLA A. KOZLOFF, Deceased,
              Plaintiff-Appellee,

v

JAMES A. GUILIANI, D.O., and
CRAIG L. MAGNATTA, D.O.,
              Defendants-Appellants,
and

PONTIAC OSTEOPATHIC HOSPITAL, d/b/a
POH MEDICAL CENTER-OXFORD,
              Defendant.

SC: 153001
COA: 327401
Oakland CC: 2013-131690-NH

_____/

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing an answer to the applications for leave to appeal is GRANTED. The answer submitted on June 21, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 22, 2016



Clerk